384

E. S. Frank, Appellant, v. Norman J. Reilly, Appellee.
Gen. No. 41,392.

Heard in second division, first district, this court at October term, 1940; opinion filed December 30, 1941. Maurice R. Kraines and Telford Hollman, for appellant; no appearance for appellee. Opinion by JUSTICE SULLIVAN. ''Not to be published in full.''

Joseph Maloney, Appellant, v. John Rosenblad, Appellee.
Gen. No. 41,434.

Heard in second division, first district, this court at October term, 1940; opinion filed December 30, 1941. William S. Kleinman, for appellant; Anderson & Anderson, for appellee. Opinion by JUSTICE SULLIVAN. ''Not to be published in full.''